**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Antwaine Tacoma JOHNSON, Defendant–Appellant.**

**No. 14–6156.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2015.

Decided: March 19, 2015.

Antwaine Tacoma Johnson, Appellant Pro Se. Brian Scott Meyers, Assistant United States Attorney, Augustus D. Willis, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwaine Tacoma Johnson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2255 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. United States,* Nos. 4:08–cr–00024–FL–1; 4:12–cv–00080–FL, 2014 WL 223450 (E.D.N.C. Jan. 21, 2014). We deny Johnson's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*